No. 85–361.   BYKOFSKY *v.* HESS ET AL.   Ct. App. N. Y.   Certiorari denied.

No. 85–507.   COUNTY SANITATION DISTRICT NO. 2 OF LOS ANGELES COUNTY *v.* LOS ANGELES COUNTY EMPLOYEES ASSN., LOCAL 660, ET AL.   Sup. Ct. Cal.   Certiorari denied.

No. 85–517.   MILLER ET AL. *v.* CITY OF LOS ANGELES.   C. A. 9th Cir.   Certiorari denied.

No. 85–523.   ARANGO ET AL. *v.* COMPANIA DOMINICANA DE AVIACION.   C. A. 11th Cir.   Certiorari denied.

No. 85–524.   TUDOR *v.* GLAESMAN ET UX.   Ct. App. Kan. Certiorari denied.

No. 85–533.   SILENT HOIST & CRANE CO., INC. *v.* DIRECTOR, DIVISION OF TAXATION.   Sup. Ct. N. J.   Certiorari denied.

No. 85–540.   COLE ET AL. *v.* MCEVERS, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 85–544.   SUBURBAN FORD, INC., ET AL. *v.* FORD MOTOR CREDIT CO.   Sup. Ct. Kan.   Certiorari denied.

No. 85–545.   WYRICK, WARDEN, ET AL. *v.* PARTON.   C. A. 8th Cir.   Certiorari denied.

No. 85–548.   AHO *v.* CALIFORNIA.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 85–566.   ANDERSEN ET AL. *v.* CIBA-GEIGY CORP. ET AL. C. A. 11th Cir.   Certiorari denied.

No. 85–575.   BARA ET AL. *v.* AURORA CIVIL SERVICE COMMISSION OF THE CITY OF AURORA ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–578.   ROYCE INTERNATIONAL BROADCASTING CO. *v.* FEDERAL COMMUNICATIONS COMMISSION.   C. A. D. C. Cir. Certiorari denied.